**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA** vs                    Docket No. __CR97-648(B)-KMW__

**Defendant** __PATRICK NWANKWO__                  Social Security No. __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__

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date

of: __OCTOBER 5, 1998__

**COUNSEL:** __X__ WITH COUNSEL __CARL GUNN, DFPD__

**PLEA:** __X__ **GUILTY, and the Court being satisfied that there is a factual basis for the plea.**

**OFFENSE:** Use of a communication facility in committing a felony drug offense, in violation of 21 USC 843(b), as charged in the one count Information.

### JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court inquired of the defendant and his counsel as to whether there is any legal cause or reason as to the imposition of sentence. Due to the fact that there was not sufficient cause shown to the contrary by the defendant and/or his counsel, the Court ordered judgment as follows: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of: time served.

IT IS ADJUDGED, upon release from imprisonment, the defendant shall be placed on supervised release for a term of one (1) year, under the following terms and conditions:

    1. That he comply with the rules and regulations of the U. S. Probation Office and General Order 318;

    2. That he shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the probation officer; that he shall abstain from using illicit drugs, alcohol and abusing prescription medications during the period of supervision;

    3. If the amount of mandatory assessment imposed by this judgment remains unpaid at the commencement of the term of community supervision, he shall pay such remainder as directed by the probation officer;

    4. That he shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally; within seventy-two (72) hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, he shall report to the U. S. Probation Office, located at the

U. S. Courthouse, 312 N. Spring St., Room 600, Los Angeles, California for instruction;

IT IS ORDERED pursuant to Section 5E1.2(e) of the guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100.00 on or before October 19, 1998.

Upon oral motion of the Government, the Court dismissed the underlying counts/Indictments.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: _____  DATED/FILED: 10-6-98

KIM McLANE WARDLAW
U.S. Circuit Judge    (Sitting by Designation)

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed 10-6-98
Month / Day / Year

Sherri R. Carter, Clerk
By_____
Deputy Clerk

page two of two pages

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR97-648(B)-KMW             Date and Filed: 10-5-98
=================================================================

PRESENT: HONORABLE KIM McLANE WARDLAW, CIRCUIT JUDGE
         (Sitting by Designation)

| M. Borgarding | W. Stephens | Barbara Masterson |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: _____
=================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

1) __PATRICK NWANKWO__          1) __CARL GUNN__
_X_ pres _X_ custody ___bond         _X_ pres _X_ apptd ___retnd

2) _____    2) _____
___ pres ___custody ___bond          ___pres ___apptd ___retnd

3) _____    3) _____
___ pres ___custody ___bond          ___pres ___apptd ___retnd

4) _____    4) _____
___ pres ___custody ___bond          ___pres ___apptd ___retnd

PROCEEDINGS: ARRAIGNMENT OF INFORMATION, SENTENCING

Defendant enters a plea of Guilty to the one-count Information. The Court questions the defendant regarding the plea of guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.
Court grants Waiver of Indictment. Defendant waives pre-sentence report and requests immediate sentencing.
Upon oral request of the government, the Court dismisses the remaining counts.

Filed and distributed judgment. Issd JS-3. Entered.

MINUTES FORM 6                              Initials of Deputy Clerk____
CRIM - GEN